UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CV-02512-WFJ-AEP

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**SUNNI SPENCER INC., a Florida for-profit corporation,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ENRIQUE ALVEAR and Defendant SUNNI SPENCER INC., hereby give notice that the parties have reached a tentative settlement in this case and are working on the necessary paperwork to resolve all claims. Accordingly, the parties respectfully request that the Court stay this proceeding and all deadlines for twenty (20) days from the date of filing this Notice, which will allow the parties to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated: December 3, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 6355 N.W. 36th Street, Ste. 307 |
| Sunrise, FL 33351-7919 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**SPENCER FANE**
Counsel for Defendant
201 North Franklin Street, Suite 2150
Tampa, FL 33602
(813) 424-3500
vmclaughlin@spencerfane.com


By: ___*s/Victoria M. McLaughlin*_____
    VICTORIA M. McLAUGHLIN
    Fla. Bar No. 1008106